MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**PAUL S. TAWFIK**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL S. TAWFIK,<br><br>Defendant. | Case No.: 6:17-mj-00035-MJS<br><br>STIPULATION TO CONTINUE ARRAIGNMENT; AND ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Michael J. Seng<br>Date: June 6, 2017<br>Time: 9:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, PAUL S. TAWFIK ("Mr. Gutierrez"), by and through his attorney of record, Michael Mitchell, that the Arraignment in the above-captioned matters set for June 6, 2017 at 9:00 a.m., be vacated, and the matter be set for Arraignment on July 11, 2017 at 10:00 a.m. This request is made due to the fact that counsel for Defendant, Michael E. Mitchell is unavailable on June 6, 2017 due to previously set hearings in the Fresno County Superior Court, Central Division.

DATED: June 1, 2017        /s/ Michael E. Mitchell_____
                           Michael E. Mitchell Attorney for Defendant
                           PAUL S. TAWFIK

DATED: June 1, 2017        /s/ Susan St. Vincent_____
                           Susan St. Vincent, Acting Legal Officer
                           National Park Service

## ORDER

**GOOD CAUSE APPEARING,** the arraignment of Defendant PAUL S. TAWFIK, in case number 6:17-mj-00035-MJS is continued from June 6, 2017 to July 11, 2017 at 10:00 a.m..

IT IS SO ORDERED.

Dated:  June 2, 2017                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE