# United States District Court
## Eastern District of California

FILED
OCT 16 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **FIRST AMENDED CRIMINAL COMPLAINT** |
| V. | |
| PAUL S. TAWFIK | **DOCKET NUMBER 6:17-MJ-0035-MJS** |

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Paul TAWFIK, did violate:

**Count 1:** Presence in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources, in violation of Title 36 Code of Federal Regulations §2.35(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Possession of a controlled substance (psilocybin mushrooms,) in violation of Title 36 Code of Federal Regulations §2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On April 29, 2017 at approximately 6:00 p.m. within the exclusive jurisdiction of Yosemite National Park, Ranger Alexander Van Vechten received information via radio from Valley Shift Supervisor Brendan Bonner that there were people who were under the influence of hallucinogenic mushrooms who needed assistance near the Mirror Lake bathroom. As Ranger Van Vechten drove up the hill to the bathroom, he was contacted by multiple bystanders describing the two people as a male wearing blue sunglasses and a female with a pony tail and a black sweater. One bystander said that the individuals were "having a bad trip."

When Ranger Van Vechten arrived at the upper Mirror Lake bathroom, a female with a ponytail wearing a black jacket approached him as he got out of his patrol vehicle and said, "I'm going to die." The female was accompanied by a male who was wearing sunglasses with blue lenses. The female's pupils were extremely large, and extended nearly to the whites of her eyes.

Ranger Van Vechten told the male and female to sit down on the ground near a rock while he waited for Ranger T. Healy and M. Pakes to arrive. Ranger Van Vechten asked if they had taken mushrooms that day, and the male said that they had. Shortly after sitting down, the female stood up and continued saying she was going to die. Ranger Van Vechten and Ranger Healy placed her in handcuffs. The female lost consciousness and was lowered to the ground by the Rangers. The female laid unresponsive to sternum rubs and painful stimulus. Ranger Healy, who is a paramedic, began treating the female who went in and out of consciousness.

The male, identified as Paul Sam TAWFIK, said that he was her boyfriend, and that she'd be fine. Ranger Pakes placed TAWFIK in handcuffs. When the female's breathing slowed, Ranger Healy had to administer rescue breaths with a bag valve mask. The female would cycle between panicking and saying she was going to die and being completely unresponsive.

When asked, TAWFIK again said that he was the female's boyfriend. When asked if the female took any medications TAWFIK said, "uhhhh... do I take any medications?" After removing TAWFIK'S sunglasses, rangers observed TAWFIK's pupils were extremely large for the lighting conditions and remained that way. When Ranger Healy asked TAWFIK how much mushrooms the female ingested, TAWFIK replied, "How would that help?" When the ambulance staffphi arrived on scene and Rangers were loading the female on the gurney, TAWFIK asked if he could get a drink from his camelback. TAWFIK did not express any concern for, or appear to realize the severity of, the situation happening directly in front of him. TAWFIK appeared confused and was delayed in answering questions.

TAWFIK was placed under arrest for being under the influence of hallucinogenic mushrooms to a degree that may endanger himself or others, and was transported to Yosemite Holding Facility. TAWFIK subsequently admitted he possessed a controlled substance (psilocybin mushrooms) within Yosemite National Park on April 29, 2017.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

10/16/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

10/16/17
Date

Honorable Michael J. Seng
U.S. Magistrate Judge
Eastern District of California