Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>PAUL S. TAWFIK,<br><br>Defendant. | No.  6:17-MJ-0035-JDP<br><br>**AMENDED MOTION TO VACATE REVIEW HEARING; AND [PROPOSED] ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for September 19, 2018.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on October 18, 2017.

.

Dated:  September 18, 2018             NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　Legal Officer

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for September 19, 2018, in the above referenced matter, *United States v. Tawfik, 6:17-MJ-0035-JDP*, be vacated.

IT IS SO ORDERED.

Dated:   September 19, 2018                                   /s/ Jeremy Peterson
                                                              UNITED STATES MAGISTRATE JUDGE